# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1 :19-cv-03139

LE PETIT-FILS DE L.U. CHOPARD & CIE SA,
A Swiss company,
CHOPARD USA, LTD., a foreign corporation
        Plaintiffs,

   v.

HIGH COUNTRY MILLWORK, INC.,
        Defendant.

_____

### PLAINTIFFS' F.R.C.P. 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

COME NOW the Plaintiffs Le petit-fils de L.U. Chopard & Cie SA and Chopard USA, Ltd., (collectively hereinafter "Chopard"), by and through counsel, Campbell, Wagner, Frazier & Dvorchak, LLC, and Pursuant to F.R.C.P. 41, Voluntarily Dismisses this action without Prejudice.

### JURISDICTION AND VENUE

1.    After filing their Complaint and Jury Demand in this action on November 5, 2019, Plaintiffs were advised by counsel for Defendant High Country Millworks, Inc. (HCM), that the day prior, on November 4, 2019, HCM had filed a Chapter 11 Bankruptcy Petition in the case titled *In re Fleetwood Acquisition Corp., at al.*, case number 19-1230 (KG).  This matter is pending in U.S. Bankruptcy Court in the District of Delaware.

2. Pursuant to F.R.C.P. 41(a)(1)(A), a Plaintiff may voluntarily Dismiss an action without a Court Order by filing a Notice of Dismissal before the opposing party either serves an Answer or a Motion for Summary Judgment. The effect of this voluntary dismissal is without prejudice. *Id.*

3. Defendant HCM has not filed an Answer or a Motion for Summary Judgment in this action.

4. Accordingly, Plaintiffs hereby notify this Court they are voluntarily dismissing this action, without prejudice. If Plaintiffs' claims are not fully resolved through the Bankruptcy Court proceeding, Plaintiffs reserve all rights to assert the same claims in a subsequent proceeding.

Respectfully submitted this 2nd day of December 2019.

By: *s/ Michael O. Frazier*
Michael O. Frazier (CO Bar No. 23189)
Robert A. Zahradnik-Mitchell (CO Bar No. 50307)
Campbell, Wagner, Frazier & Dvorchak, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, Colorado  80111
(303) 831-5990
Email:  mfrazier@cwfd-law.net
rzahradnik@cwfd-law.net
*Attorneys for Plaintiffs*